# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. CLEWS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Nellie C. Adams against Henry Clews and others. W. J. Woods, for appellant. F. Bartlett, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re ADLER et al. (Supreme Court, Appellate Division, Fourth Department. January 13. 1903.) In the matter of the supplementary proceedings for the collection of a tax of L. Adler Bros. & Company. No opinion. Motion for leave to go to Court of Appeals granted. Questions to be certified to be settled before Mr. Justice SPRING on two days' notice.

In re ALBERT'S ESTATE. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the matter of John Albert, Jr., deceased. C. G. Moritz, for appellant. A. E. Pressinger, for respondent. No opinion. Judgment affirmed, with costs. See 76 N. Y. Supp. 965.

ANDREWS, Respondent, v. WESTERN NEW YORK & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Jennie Andrews, as administratrix, etc., against the Western New York & Pennsylvania Railway Company. No opinion. Judgment and order affirmed, with costs.

ASPELL v. NANNY. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) In the matter of the charges of John W. Aspell against Harrison W. Nanny. No opinion. Reference ordered, under section 68 of the Code of Civil Procedure, to Hon. John J. Beattie, of Warwick, Orange county, New York.

BALCH BROS. & WEST CO., Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by the Balch Bros. & West Company against Myrtilla Wells.
PER CURIAM. Judgment reversed and new trial ordered, with costs to the appellant to abide event, upon questions of law only, the facts having been examined and no error found therein. Held, that the referee erred in receiving in evidence Exhibits 3, 4, 5, and 6 over the objections of the plaintiff.

BARNUM et al. v. HOOKER et al. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by Curtis A. Barnum and others against Horace M. Hooker and David J. McGowan. No opinion. Motion denied.

BARR, Respondent, v. KIRBY, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by John C. Barr against Janetta R. Kirby. A. C. Weil, for appellant. A. H. Holbrook, for respondent. No opinion. Judgment affirmed, with costs.

BARR v. KIRBY. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by John C. Barr against Janetta R. Kirby. No opinion. Motion denied.

BARRY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 20. 1903.) Action by Edward F. Barry against the Metropolitan Street Railway Company. B. H. Ames, for appellant. G. W. Smith, for respondent. No opinion. Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $5,474.63, judgment, as so reduced, and the order denying motion for new trial, affirmed, without costs to either party; if such stipulation be not given, judgment and order reversed, and new trial ordered, with costs to appellant to abide event.

BARSTOW, Respondent, v. FARRELL, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Rogers L. Barstow, Jr., against Frank J. Farrell and others. M. D. Steuerer, for appellant. H. C. Quinby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEARDS, Respondent, v. SCHMITT, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Edward Beards against John C. Schmitt. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BECK et al., Respondents, v. KERR, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Henry Beck, Patrick O'Reilly, and Owen Reilly, as trustees of School District No. 3 of the city of Kingston, N. Y., against George A. Kerr. No opinion. Motion denied, without costs.

BECKHAM, Respondent, v. HAGUE, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by R. E. Beckham, as receiver, against James D. Hague. J. L. Cadwalader, for appellant. C. H. Blair, for respondent. No